Monday,
December 18.

HARBIN *v.* THE STATE.

APPEAL from the *Knox* Circuit Court.

*Per Curiam.*—Indictment for assault and battery, found in the *Knox* Circuit Court, at the *March* term, 1853. Plea, not guilty. Trial by the Court, and judgment for the state.

This judgment can not be sustained. An act, approved *January* 16, 1849, gave to the justices of the peace of *Knox* county "exclusive original jurisdiction of all cases of" assault and battery within that county. This act was unrepealed and in force when the present indictment was found. Acts of 1849, p. 78. It follows that the offence was not within the jurisdiction of the *Knox* Circuit Court.

The judgment is reversed.

*J. P. Usher,* for the appellant.

*R. A. Riley, N. B. Taylor* and *J. Coburn,* for the state.